438 A.2d 653

Commonwealth v. Williamson, Esq.

Appeal of George Miller.
Reargument Denied Dec. 16, 1981.

Petition for Allowance of Appeal Denied March 25, 1982.

Argued February 4, 1981.  George Miller, appellant, in propria persona;  Frederick D. Lingle, District Attorney, did not file a brief on behalf of Commonwealth, appellee;  John F. Cowley, Special Prosecutor, did not file a brief on behalf of Williamson, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order of the lower court affirmed.

438 A.2d 654

Commonwealth ex rel., Lipman v. Lipman, Appellant.

Argued June 9, 1980.  Ralph E. Kates, III, for appellant;  Brian J. Cali, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.